D/F

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 13 2005 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
MAYRA ALMONTE,

05 CV 1966 (NGG)(MDG)

              Plaintiff(s),

   -against-

**STIPULATION OF
DISCONTINUANCE**

DEBORAH G. JONES-LUPI,

             Defendant(s).
----------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED by and between the undersigned, that the above entitled action is hereby discontinued with prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, NY
May 23, 2005

_____
THE LAW OFFICE OF DINO J. DOMINA, P.C.
Attorneys for Plaintiff(s)
1133 Broadway, Suite 1328
New York, NY 10010
(212) 242-5700

_____
MORGAN, MELHUISH, MONAGHAN, ARVIDSON
Attorneys for Defendant(s)
651 W. Mt. Pleasant Avenue, Suite 200
Livingston, NY 07039-1673
(973) 994-2500

So ordered.

June 9, 2005